ACCEPTED
11-17-00172-cr
ELEVENTH COURT OF APPEALS
EASTLAND, TEXAS
6/23/2017 11:53 AM
SHERRY WILLIAMSON
CLERK

No. 11-17-00172-CR

IN THE COURT OF APPEALS

ELEVENTH DISTRICT OF TEXAS

EASTLAND, TEXAS

FILED IN
11th COURT OF APPEALS
EASTLAND, TEXAS
6/23/17 11:53:22 AM
SHERRY WILLIAMSON
Clerk

No. CR14590 in the 266th District Court of Hood County, Texas

The Honorable Jason Cashon, Presiding

Stephenville, Texas

Martin Shawn Carswell, Appellant

v.

The State of Texas

MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL

TO THE HONORABLE COURT OF APPEALS:

Andrew Ottaway files this motion for an extension of time to file notice of appeal, and would show the Court, upon information and belief, that the Appellant, Martin Shawn Carswell, was moved from the Erath County Jail to the Comanche County Jail because of a detainer. Trial Counsel Brady Pendleton could not find him until the time had run out. Brady Pendleton went to the Comanche County Jail, obtained the Appellant's signature on the notice of appeal, and hand delivered and filed it with the District Clerk on June 15, 2017, one day late. In the interest of justice Appellant requests that the Court grant this Motion for Extension and allow the appeal to continue.

Respectfully submitted,

/s/Andrew Ottaway, Lawyer
417 West Pearl Street
PO Box 1679
Granbury, Texas   76048
817-573-7823;  fax817-579-1104
ottaway9@swbell.net
SBN 15342850

## Certificate of Conference

I discussed this Motion with Jett Smith, the Assistant District Attorney of Erath County, Texas and he told me he had no objection to this Motion.

Dated:        June 23, 2017                        /s/Andrew Ottaway

## Certificate of Service

A copy of this document was delivered to:

| | |
|---|---|
| Appellant: | Martin Shawn Carswell |
| Trial Attorney | Brady Pendleton |
| State's Attorneys | M. Alan Nash, District Attorney <br> Jett Smith, Assistant District Attorney <br> Stephenville, Texas |

Dated:          June 23, 2017        /s/Andrew Ottaway